PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-0234 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| OLUWAFEMI AGBAYEWA, | DATE: December 16, 2021 TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a change of plea hearing on December 16, 2021.

2.      By this stipulation, defendant now moves to continue the change of plea hearing until January 27, 2022, and to exclude time between December 16, 2021, and January 27, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and financial records, totaling approximately 12,000 pages. Additionally, electronic discovery is made available for defense attorney review at the Federal

1    Bureau of Investigation's Sacramento office.   All of this discovery has been either produced

2    directly to counsel and/or made available for inspection.

3              b)        Counsel for defendant desires additional time to consult with her client and to

4    review the discovery produced.  Additionally, the fire near the Sacramento federal courthouse on

5    December 14, 2021, and the continuing power outage at the courthouse, provide just reasons to

6    continue this hearing.  Finally, counsel for defendant has scheduling conflicts with respect to

7    traveling to Sacramento on Thursdays in January.

8              c)        Counsel for defendant believes that failure to grant the above-requested

9    continuance would deny her the reasonable time necessary for effective preparation, taking into

10   account the exercise of due diligence.

11             d)        The government does not object to the continuance.

12             e)        Based on the above-stated findings, the ends of justice served by continuing the

13   case as requested outweigh the interest of the public and the defendant in a trial within the

14   original date prescribed by the Speedy Trial Act.

15             f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16   et seq., within which trial must commence, the time period of December 16, 2021 to January 27,

17   2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

18   T4] because it results from a continuance granted by the Court at defendant's request on the basis

19   of the Court's finding that the ends of justice served by taking such action outweigh the best

20   interest of the public and the defendant in a speedy trial.

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATION REGARDING EXCLUDABLE TIME                 2
PERIODS UNDER SPEEDY TRIAL ACT

1  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4  IT IS SO STIPULATED.

5

6

7 Dated:  December 15, 2021       PHILLIP A. TALBERT
                   Acting United States Attorney

8

9                 /s/ CHRISTINA McCALL
                 CHRISTINA McCALL
                 Assistant United States Attorney

10

11

12 Dated:  December 15, 2021       /s/ Nancy Kardon
                 Nancy Kardon

13                 Counsel for Defendant
                 OLUWAFEMI AGBAYEWA

14

15

16          **FINDINGS AND ORDER**

17  IT IS SO FOUND AND ORDERED this 16th day of December, 2021.

18

19

20

21                 Troy L. Nunley
                 United States District Judge

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME   3
PERIODS UNDER SPEEDY TRIAL ACT