IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00234-TLN |
| Plaintiff, | |
| v. | |
| OLUWAFEMI AGBAYEWA, | |
| Defendant. | |

### ORDER TO EXONERATE BOND

Based on the facts set forth in the defense's request that this Court exonerate the $100,000 appearance bond posted in this case for Mr. Agbayewa, by Mr. Agbayewa's sister, Abiola Agbayewa, on December 9, 2021 (ECF 33), and the government's concurrence with that request,

THIS COURT HEREBY ORDERS THAT the $100,000 appearance bond posted by Abiola Agbayewa, is exonerated, and the cashier's check is ordered to be returned to her.

Dated this 21st day of October, 2022.

Troy L. Nunley
United States District Judge

1